UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

JUN - 5 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| ANN MARIE LUNA, INDIVIDUALLY | § | |
| ON BEHALF OF BENEFICIARIES | § | |
| ENTITLED TO RECOVER UNDER THE | § | |
| TEXAS WRONGFUL DEATH ACT FOR | § | |
| THE DEATH OF RICHARD LUNA, | § | |
| AS REPRESENTATIVE OF THE ESTATE | § | |
| OF RICHARD LUNA, DECEASED, AND | § | |
| AS NEXT FRIEND OF RYAN JUSTIN LUNA, | § | |
| A MINOR, RICHARD LUNA, JR., | § | |
| TERESA MARTINEZ AND | § | |
| MANUEL R. HERNANDEZ | § | |
| | § | CASE NO. SA03CA0443FB |
| PLAINTIFFS, and | § | |
| | § | |
| PACIFIC EMPLOYERS INSURANCE | § | |
| COMPANY, PATRICK SCOTT LUCAS | § | |
| AND CRYSTAL LYNN LUCAS, | § | |
| | § | |
| INTERVENORS | § | |
| | § | |
| V. | § | |
| | § | |
| MELTER, S.A. DE C.V., | § | |
| AND FUCHS SYSTEMS, INC. | § | |

## AGREED JUDGMENT

On this day came to be heard the above entitled and numbered cause, and came the

Plaintiffs, Ann Marie Luna, Individually, On Behalf of Beneficiaries Entitled to Recover Under the

Texas Wrongful Death Act for the Death of Richard Luna, As Representative of the Estate of

Richard Luna and as Next Friend of Ryan Justin Luna, a minor, Richard Luna, Jr., Teresa Martinez,

Manuel R. Hernandez and Pacific Employers Insurance Company; Ernest G. Valdez, Attorney Ad

Litem for said minor ("Plaintiffs"); and Defendant, Fuchs Systems, Inc., entering their appearances,

by and through their counsel of record, and a jury being waived by all parties, did all announce in

open court that subject to the approval of the Court, they had reached a settlement of all matters in

controversy in this cause, wherein the Defendant has agreed, in addition to funds already paid, to

pay to the Plaintiffs the total sum of Four Million and No/100 Dollars ($4,000,000.00), in full and

complete satisfaction of all of Plaintiffs' asserted claims against Defendant as fully described in the

petition on file herein.

The Court having read the pleadings and heard the evidence, statements of counsel and read

the report and recommendation of said Attorney Ad Litem, made after a careful, independent

investigation, and, upon full consideration thereof and upon the request of the parties makes the

following findings and judgment:

The Court finds that the parties are properly before the Court; that this Court has jurisdiction

of the parties and the subject matter of this suit; that there is a bona fide dispute between the parties

with respect to the subject matter of this suit; and that the settlement recited above is fair, just, and

reasonable and in the best interests of all parties hereto and should be approved by the Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the said

offer of settlement be, and the same is hereby approved, and that Plaintiffs recover of and from the

Defendant, Fuchs Systems, Inc., the sum of   FOUR MILLION AND NO/100 DOLLARS

($4,000,000.00) to or on behalf of the Plaintiffs as follows:

a.     The cash sum of  One Million Seven Hundred Fifty-Four Thousand Seven Hundred
       Seventy-Four and 96/100 Dollars ($1,754,774.96) to "The Watts Law Firm, L.L.P.,
       in Trust for Ann Marie Luna, Ryan Justin Luna, Richard Luna, Jr. and Teresa
       Martinez".

b.     The cash sum of  Three Hundred Seventy-Two Thousand and No/100 Dollars
       ($372,000.00) to "Manuel R. Hernandez and Rolando L. Rios, Attorney at Law".

c.     To MetLife Tower Resources Group, Inc., a sum sufficient for the purchase of the
       "Qualified Funding Asset", as defined in Sections 104(a)(2) and 130 of the Internal
       Revenue Code of 1986, (the "Code") as amended, in the form of an annuity policy
       or policies to provide the following period payments:

AGREED JUDGMENT – Page 2

3/30/06Doc ID STROC-954866
00428-372

1.   Periodic payments payable to **Ann Marie Luna**, whose date of birth is August 8, 1969, ("Releasing Party and Payee") through annuity issuer, Metropolitan Life Insurance Company, rated A+ Class XV by AM Best, AA by Standard & Poor's, Aa2 by Moody's and AA by Fitch.

$ 2,281.00    Payable monthly for ten (10) years <u>certain only</u>. Benefits commence on 04/17/2006 with the last guaranteed payment on 03/17/2016.

$ 2,500.00    Payable monthly for five (5) years <u>certain only</u>. Benefits commence on 04/17/2016 with the last guaranteed payment on 03/17/2021.

$ 3,000.00    Payable monthly for five (5) years <u>certain only</u>. Benefits commence on 04/17/2021 with the last guaranteed payment on 03/17/2026.

$ 3,775.00    Payable monthly for ten (10) years <u>certain and Life</u>. Benefits commence on 04/17/2026 with the last guaranteed payment on 03/17/2036.

2.   Periodic payments payable to **Richard Luna, Jr.**, whose date of birth is September 15, 1986, ("Releasing Party and Payee") through annuity issuer, Metropolitan Life Insurance Company, rated A+ Class XV by AM Best, AA by Standard & Poor's, Aa2 by Moody's and AA by Fitch.

$   1,000.00    Payable monthly for five (5) years <u>certain only</u>. Benefits commence on 04/15/2006 with the last guaranteed payment on 08/15/2011.

$ 1,653.00    Payable monthly for thirty-five (35) years <u>certain and Life</u>. Benefits commence on 09/15/2011 with the last guaranteed payment on 08/15/2046.

$ 25,000.00    Guaranteed lump sum payable at age 25 (09/15/2011)
$ 25,000.00    Guaranteed lump sum payable at age 30 (09/15/2016)
$ 25,000.00    Guaranteed lump sum payable at age 35 (09/15/2021)
$ 25,000.00    Guaranteed lump sum payable at age 40 (09/15/2026)
$ 25,000.00    Guaranteed lump sum payable at age 45 (09/15/2031)
$ 25,000.00    Guaranteed lump sum payable at age 50 (09/15/2036)
$ 25,000.00    Guaranteed lump sum payable at age 55 (09/15/2041)
$ 25,000.00    Guaranteed lump sum payable at age 60 (09/15/2046)
$ 25,000.00    Guaranteed lump sum payable at age 65 (09/15/2051)
$ 25,000.00    Guaranteed lump sum payable at age 70 (09/15/2056)

3.  Periodic payments payable to **Ryan Justin Luna**, whose date of birth is May 16, 1989, ("Releasing Party and Payee") through annuity issuer, Metropolitan Life Insurance Company, rated A+ Class XV by AM Best, AA by Standard & Poor's, Aa2 by Moody's and AA by Fitch.

$ 10,000.00    Guaranteed lump sum payable at age 22 (05/16/2011).

$  1,723.00    Payable monthly for thirty (30) years certain and Life. Benefits commence at age 22 (05/16/2011) with the last guaranteed payment on 04/16/2041.

$ 12,000.00    Guaranteed lump sum payable at age 23 (05/16/2012).
$ 20,000.00    Guaranteed lump sum payable at age 25 (05/16/2014).
$ 25,000.00    Guaranteed lump sum payable at age 27 (05/16/2016).
$ 50,000.00    Guaranteed lump sum payable at age 29 (05/16/2018).
$100,000.00    Guaranteed lump sum payable at age 31 (05/16/2020).
$ 99,286.00    Guaranteed lump sum payable at age 35 (05/16/2024).
$     727.00   Payable monthly for fifteen (15) years certain only. Benefits commence at age 36 (05/16/2025) with the last Guaranteed payment on 04/16/2040.

4.  Periodic payments payable to Manuel R. Hernandez, whose date of birth is October 22, 1984, ("Releasing Party and Payee") through annuity issuer, Metropolitan Life Insurance Company, rated A+ Class XV by AM Best, AA by Standard & Poor's, Aa2 by Moody's and AA by Fitch.

$  1,500.00    Payable monthly for fifteen (15) years certain only. Benefits commence on 05/01/2006 with the last guaranteed payment on 04/01/2021.

$ 26,565.00    Guaranteed lump sum payable on 01/05/2013.
$ 31,379.00    Guaranteed lump sum payable on 12/02/2015.
$ 36,871.00    Guaranteed lump sum payable on 12/22/2018.
$237,889.00    Guaranteed lump sum payable on 10/22/2021.
$ 49,338.00    Guaranteed lump sum payable on 06/03/2024.

The obligation to make the periodic payments described herein may be assigned to MetLife Tower Resources Group, Inc. and funded by an annuity contract issued by Metropolitan Life Insurance Company.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that all court costs herein shall be taxed against the party incurring same, and that all relief not herein specifically granted is denied.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the Defendant, Fuchs Systems, Inc., having duly paid said Judgment and discharged same in its entirety, stand fully released and forever discharged of and from any and all liability whatsoever to Plaintiffs, or any of them, upon any demands, claims or causes of action arising out of or based upon the occurrence in question, and it is FURTHER ORDERED by this Court, in accordance with the agreement of the parties, that the making of such settlement, being for the purpose of avoiding further time, trouble and expense of investigation and litigation, does not constitute an admission of liability on the part of the Defendant as to any cause of action.

Said Judgment having been fully paid, it is ORDERED that no execution issue.

SIGNED this ___5___ day of _____June_____, 2006.

Judge Presiding
FRED BIERY
UNITED STATES DISTRICT JUDGE

**AGREED JUDGMENT – Page 5**

APPROVED:

_Ann Marie Luna, Individually, On Behalf of_
Beneficiaries Entitled to Recover Under the Texas
Wrongful Death Act for the Death of Richard Luna,
As Representative of the Estate of Richard Luna and
As Next Friend of Ryan Justin Luna, a minor

_____
Richard Luna, Jr.

_____
Teresa Martinez

_____
Manuel R. Hernandez

_____
Authorized Representative of Pacific Employers
Insurance Company

_____
Francisco Guerra, IV
State Bar No. 00796684
Mikal C. Watts
State Bar No. 20981820
Shalimar Wallis
State Bar No. 24033191
WATTS LAW FIRM, L.L.P.
Bank of America Plaza, Suite 100
300 Covent Street
San Antonio, Texas 78205
Telephone: (210) 527-0500
Telecopy: (210) 527-0501
Attorneys for Ann Marie Luna, Individually, On Behalf of Beneficiaries
Entitled to Recover Under the Texas Wrongful Death Act for the Death of
Richard Luna, As Representative of the Estate of Richard Luna and as
Next Friend of Ryan Justin Luna, a minor

**AGREED JUDGMENT – Page 6**

**APPROVED:**

_____

Ann Marie Luna, Individually, On Behalf of
Beneficiaries Entitled to Recover Under the Texas
Wrongful Death Act for the Death of Richard Luna,
As Representative of the Estate of Richard Luna and
As Next Friend of Ryan Justin Luna, a minor

_____

Richard Luna, Jr.

_____

Teresa Martinez

_____

Manuel R. Hernandez

_____

Authorized Representative of Pacific Employers
Insurance Company

_____

Francisco Guerra, IV
State Bar No. 00796684
Mikal C. Watts
State Bar No. 20981820
Shalimar Wallis
State Bar No. 24033191
WATTS LAW FIRM, L.L.P.
Bank of America Plaza, Suite 100
300 Covent Street
San Antonio, Texas 78205
Telephone: (210) 527-0500
Telecopy: (210) 527-0501
Attorneys for Ann Marie Luna, Individually, On Behalf of Beneficiaries
Entitled to Recover Under the Texas Wrongful Death Act for the Death of
Richard Luna, As Representative of the Estate of Richard Luna and as
Next Friend of Ryan Justin Luna, a minor, Richard Luna, Jr. and Teresa Martinez

**AGREED JUDGMENT – Page 6**

**APPROVED:**

_____

Ann Marie Luna, Individually, On Behalf of
Beneficiaries Entitled to Recover Under the Texas
Wrongful Death Act for the Death of Richard Luna,
As Representative of the Estate of Richard Luna and
As Next Friend of Ryan Justin Luna, a minor


_____

Richard Luna, Jr.


_____

Teresa Martinez


_____

Manuel R. Hernandez


_____

Authorized Representative of Pacific Employers
Insurance Company


_____

Francisco Guerra, IV
State Bar No. 00796684
Mikal C. Watts
State Bar No. 20981820
Shalimar Wallis
State Bar No. 24033191
WATTS LAW FIRM, L.L.P.
Bank of America Plaza, Suite 100
300 Covent Street
San Antonio, Texas 78205
Telephone: (210) 527-0500
Telecopy: (210) 527-0501
Attorneys for Ann Marie Luna, Individually, On Behalf of Beneficiaries
Entitled to Recover Under the Texas Wrongful Death Act for the Death of
Richard Luna, As Representative of the Estate of Richard Luna and as
Next Friend of Ryan Justin Luna, a minor


**AGREED JUDGMENT – Page 6**

Patricia A. Orozco
State Bar No. 24032805
Law Offices of Patricia A. Orozco
214 Dwyer Avenue #303
San Antonio, Texas 78204
Telephone:  (210) 632-9891
Telecopy:  (866) 339-3964
Attorney for Richard Luna, Jr. and Teresa Martinez

Rolando L. Rios
State Bar No. 16935900
The Law Offices of Rolando L. Rios
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Telephone: (210) 222-2102
Telecopy: (210) 222-2898
Attorney for Manuel R. Hernandez

Ernest G. Valdez
State Bar No. 20426600
The Law Offices of Ernest G. Valdez
1616 Broadway
San Antonio, Texas 78215
Telephone: (210) 223-1776
Telecopy:  (210) 227-1323
Attorney Ad Litem for Ryan Justin Luna, A Minor

Michael W. Cramer
State Bar No. 05002750
Law Office of Michael W. Cramer
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone:  (713) 523-7117
Telecopy:  (713) 526-2708
Attorney for Pacific Employers Insurance Company

Patricia A. Orozco
State Bar No. 24032805
Law Offices of Patricia A. Orozco
214 Dwyer Avenue #303
San Antonio, Texas 78204
Telephone: (210) 632-9891
Telecopy: (866) 339-3964
Attorney for Richard Luna, Jr. and Teresa Martinez


Rolando L. Rios
State Bar No. 16935900
The Law Offices of Rolando L. Rios
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Telephone: (210) 222-2102
Telecopy: (210) 222-2898
Attorney for Manuel R. Hernandez


Ernest G. Valdez
State Bar No. 20426600
The Law Offices of Ernest G. Valdez
1616 Broadway
San Antonio, Texas 78215
Telephone: (210) 223-1776
Telecopy: (210) 227-1323
Attorney Ad Litem for Ryan Justin Luna, A Minor

Michael W. Cramer
State Bar No. 05002750
Law Office of Michael W. Cramer
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone: (713) 523-7117
Telecopy: (713) 526-2708
Attorney for Pacific Employers Insurance Company

Randy A. Nelson
State Bar No. 14904800
Michael B. Jones
State Bar No. 24002375
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl, 25th Floor
Dallas, Texas 75201-1853
Telephone: (214) 871-8228
Telecopy: (214) 871-8209
Attorneys for Fuchs Systems, Inc.